JS-6

# UNITED STATES DISTRICT COURT OF CALIFORNIA
# FOR THE CENTRAL DISTRICT – LOS ANGELES

| | |
|---|---|
| CARLOS DE LA TORRE, *an individual*<br><br>Plaintiff,<br><br>vs.<br><br>JEANNETTE KATHERINE MCINTOSH, ET AL.,<br><br>Defendants. | Case No: 2:21-CV-09873 MWF (JEMx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the stipulation of the parties for dismissal of this case with prejudice, and good cause appearing, orders that the parties' stipulation to dismissal of the action is GRANTED and this case is DISMISSED WITH PREJUDUCE.

Date:  July 14, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-
ORDER FOR DISMISSAL WITH PREJUDICE